UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIONPHARMA INC.,

                   Plaintiff,

     - against -

AZURITY PHARMACEUTICALS, INC.,

                  Defendant.

23-mc-34 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

By **June 28, 2023,** the parties shall advise on the status of this action in view of the termination of <u>Bionpharma Inc. v. CoreRx, Inc.</u>, No. 21-cv-10656.

SO ORDERED.

Dated:    New York, New York
         June 20, 2023

                                    John G. Koeltl
                     United States District Judge