UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BIONPHARMA INC.,

              Plaintiff,

   - against -

AZURITY PHARMACEUTICALS, INC.,

              Defendant.

23-mc-34 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties advise that this action is moot in view of the dismissal of the underlying case in which the discovery was sought. ECF No. 13; see also Bionpharma Inc. v. CoreRx, Inc., No. 21-cv-10656. Accordingly, this action is **dismissed without prejudice**. The Clerk is directed to close this case and all pending motions.

**SO ORDERED.**

Dated:    New York, New York
            June 27, 2023

                                      John G. Koeltl
                                  United States District Judge